IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS TAYLOR, JR.,

    Plaintiff,

v.                                       CASE NO. 5:09cv234-SPM/AK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 9) dated December 2, 2009. Plaintiff has filed objections (docs. 10 and 11) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the report and recommendation and the objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2.     This case is dismissed with prejudice as frivolous and as barred by

the doctrine of res judicata.

3. The clerk of court shall note on the docket that this case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and constitutes a third strike within the meaning of 28 U.S.C. § 1915(g).

DONE AND ORDERED this 1st day of March, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge